**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs
*Additional Attorneys Listed on Signature Page*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCARLET KESHISHZADEH and LISA ARCHER, as individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>        Plaintiffs,<br>   vs.<br><br>ARTHUR J. GALLAGHER SERVICE CO., a Delaware Corporation<br><br>        Defendants.<br><br>JAMES CAREY, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br>   vs.<br><br>ARTHUR J. GALLAGHER AND COMPANY, a Delaware Corporation, and GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation, inclusive,<br>        Defendants. | Case No. **09-cv-0168 LAB (RBB)**<br>   <u>Class Action</u><br><br>**NOTICE OF MOTION AND MOTION TO CERTIFY CLASS ACTION**<br><br><br>Judge:      Hon. Larry A. Burns<br>Court No.:  9 (2nd Flr.)<br><br>Hearing Date: March 15, 2010<br>Hearing Time: 11:15 a.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 15, 2010 at 11:15 a.m., before the Honorable Larry A. Burns in Courtroom 9 of the United States District Court for the Southern District of California, Plaintiffs Scarlet Keshishzadeh, Lisa Archer and James Carey will move and hereby do move for an order granting Plaintiffs' Motion to Certify Class Action, appointing Plaintiffs as the representatives of the Class, and appointing Plaintiffs' counsel as Class Counsel.

The motion seeks to certify the first, second and third causes of actions for unfair competition under the UCL, for unpaid overtime under Labor Code §510 and for failure to provide accurate wage statements under Labor Code §226. The class definition is as follows: "all individuals who, while in California, work or previously worked for Defendants as Claims Representatives and/or Senior Claims Representatives who processed Worker's Compensation Claims in the State of California during the period four years prior to the filing of this Complaint and ending on the date as determined by the Court."

The motion is brought pursuant to and in accordance with Federal Rules of Civil Procedure, Rule 23, and is based upon this notice, the accompanying memorandum of points and authorities, the Declaration of Miles Locker, the Declaration of Professor Joe Lavitt, the Declaration of Norman B. Blumenthal, the Declaration of Aparajit Bhowmik, the exhibits lodged with the declarations, the argument of counsel, and upon such other material contained in the file and pleadings of this action.

Dated: January 13, 2010         **BLUMENTHAL NORDREHAUG & BHOWMIK**

By: _/s/ Norman B. Blumenthal_
         Norman B. Blumenthal, Esq.

**UNITED EMPLOYEES LAW GROUP**
Walter Haines (Bar No. 71075)
65 Pine Avenue, #312
Long Beach, CA 90802
Telephone: (877) 696-8378
Facsimile: (562) 256-1006

**JAMES HAWKINS, APLC**
James R. Hawkins (SB# 192925)
Gregory E. Mauro (SB# 222239)
9880 Research Drive, Suite 200

1 | Irvine, CA  92618
2 | Telephone:  (949) 387-7200
  | Facsimile:  (949) 387-6676

3 | **LAW OFFICES OF SEAN S. VAHDAT & ASSOCIATES**
4 | Sean Sasan Vahdat (SB# 239080)
  | 7700 Irvine Center Drive, Suite 800
5 | Irvine, CA  92618
  | Telephone:  (949) 788-2949
6 | Facsimile:  (949) 788-2950

7 | Attorneys for Plaintiffs

---

**NOTICE OF MOTION AND MOTION TO CERTIFY CLASS ACTION**
2                                  Case No. 09-cv-0168 LAB (RBB)