1  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
   Norman B. Blumenthal (State Bar #068687)
2  Kyle R. Nordrehaug (State Bar #205975)
   Aparajit Bhowmik (State Bar #248066)
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone: (858)551-1223
   Facsimile: (858) 551-1232
5  Email: norm@bamlawlj.com

6  Attorneys for Plaintiffs
   *Additional Attorneys Listed on Signature Page*
7

8

9  **UNITED STATES DISTRICT COURT**

10  **SOUTHERN DISTRICT OF CALIFORNIA**

11

| SCARLET KESHISHZADEH and LISA ARCHER, as individuals, on behalf of themselves, and on behalf of all persons similarly situated, | Case No. **09-cv-0168 LAB (RBB)** |
|---|---|
| Plaintiffs, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CERTIFY CLASS ACTION** |
| vs. | Judge:   Hon. Larry A. Burns<br>Court No.:   9 (2nd Flr.) |
| ARTHUR J. GALLAGHER SERVICE CO., a Delaware Corporation | Hearing Date: March 15, 2010<br>Hearing Time: 11:15 a.m. |
| Defendants. | |
| JAMES CAREY, on behalf of himself and all others similarly situated, | [CONFIDENTIAL –<br>SUBJECT TO PROTECTIVE ORDER –<br>FILED UNDER SEAL] |
| Plaintiffs, | |
| vs. | |
| ARTHUR J. GALLAGHER AND COMPANY, a Delaware Corporation, and GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation, inclusive,<br>Defendants. | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**
Case No. 09-cv-0168 LAB (RBB)

**MEMORANDUM OF P&A IN SUPPORT OF MOTION TO CERTIFY CLASS ACTION**

**FILED UNDER SEAL**

**PURSUANT TO ORDER GRANTING LEAVE TO SEAL [Doc. No. 63]**

CONFIDENTIAL DOCUMENT - SUBJECT TO PROTECTIVE ORDER [Doc. No.24]