# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCARLET KESHISHZADEH and LISA ARCHER, as individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARTHUR J. GALLAGHER SERVICE CO., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:09-CV-0168 LAB (RBB)<br><br>(Consolidated with Case No. 3:09-CV-1273 LAB (RBB))<br><br>**ORDER GRANTING JOINT MOTION APPROVING CONTENTS OF CLASS NOTICE** |
| JAMES CAREY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARTHUR J. GALLAGHER AND COMPANY, a Delaware Corporation, and GALLAGHER BASSETT SERVICES, INC., a Delaware Corporation, inclusive,<br><br>Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered the parties Joint Motion to Approve the Contents of the Class Notice (the "Joint Motion"), and good cause appearing therefor,

1. The Court hereby approves the content and form of the class notice attached to the Joint Motion as <u>Exhibit 1</u>. The Notice shall be distributed to the members of the certified class on or before May 31, 2010 based upon the most recent class list compiled by Defendants.

IT IS SO ORDERED.

Dated: May18, 2010.

_____
**HON. LARRY A. BURNS**
United States District Judge

- 1 -